STATE OF CONNECTICUT *v*. CLIFTON E. KENNEDY

The defendant's petition for certification for appeal from the Appellate Court, 93 Conn. App. 257 (AC 26216), is granted, limited to the following issue:

"Whether the Appellate Court properly concluded that there was sufficient evidence to support the jury's verdict convicting the defendant of robbery in the first degree in violation of General Statutes § 53a-134 (a) (4)?"

The Supreme Court docket number is SC 17621.

*Mary Anne Royle*, special public defender, in support of the petition.

*Susann E. Gill*, senior assistant state's attorney, in opposition.

Decided March 2, 2006

ADAM DUPERRY *v*. THOMAS A. KIRK, JR., COMMISSIONER OF MENTAL HEALTH AND ADDICTION SERVICES

The plaintiff's petition for certification for appeal from the Appellate Court, 90 Conn. App. 493 (AC 25566), is denied.

KATZ and PALMER, Js., dissenting. We would grant the plaintiff's petition for certification to appeal.

BORDEN, J., did not participate in the consideration or decision of this petition.

*Brett Dignam*, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided March 7, 2006